IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MEE, et al., | No. C 14-5006 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| I A NUTRITION, INC., | |
| Defendant. / | |

Before the Court is defendant's "Motion to Dismiss Class Action Complaint Pursuant to Federal Rule of Civil Procedure § 12(b)(6)," filed January 30, 2015. On February 20, 2015, plaintiffs filed a First Amended Complaint ("FAC").

A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." See Fed. R. Civ. P. 15(a). "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

In the instant case, plaintiffs filed their FAC within 21 days after service of defendant's motion to dismiss, and, consequently, were entitled to amend as of right. See Fed. R. Civ. P. 15(a).

//

Accordingly, the Court hereby DENIES as moot defendant's motion, and VACATES the March 6, 2015, hearing scheduled thereon.

Further, in light of the recent amendment, the Court hereby CONTINUES the Case Management Conference from February 27, 2015, to May 8, 2015, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than May 1, 2015.[1]

**IT IS SO ORDERED.**

Dated: February 24, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court notes that the parties violated the Court's Case Management Conference Order, filed November 20, 2014, by failing to either (1) file a Joint Case Management Statement no later than February 20, 2014, or (2) file a request to reschedule the February 27, 2014 Case Management Conference.  The parties are advised that future violations of the Court's orders may subject them to sanctions.

2