IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MEE and JUNIOR HERMIDA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>I A NUTRITION, INC.<br><br>　　　　Defendant.<br>_____/ | No. C-14-5006 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant I A Nutrition, Inc.'s Motion to Dismiss, filed March 6, 2015. Plaintiffs have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for May 8, 2015.

**IT IS SO ORDERED.**

Dated: May 5, 2015

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge