IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MEE and JUNIOR HERMIDA, | No. C-14-5006 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| I A NUTRITION, INC., | |
| Defendant. | |

Before the Court is defendant I A Nutrition, Inc.'s Motion to Dismiss, filed June 22, 2015. Plaintiffs Martin Mee and Junior Hermida have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for August 8, 2015.

**IT IS SO ORDERED.**

Dated: August 5, 2015

MAXINE M. CHESNEY
United States District Judge