**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BARRY G. KAIMAN, SBN 76934
   Email: Barry.Kaiman@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.680.5053
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PAMELA M. FERGUSON, SBN 202587
   Email: Pamela.Ferguson@lewisbrisbois.com
HEIDI ADAMS, SBN 219498
   Email: Heidi.Adams@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

**FAEGRE BAKER DANIELS LLP**
RICHARD W. WEGENER, admitted *pro hac vice*
   Email: richard.wegener@faegrebd.com
CHRISTINE R. M. KAIN, admitted *pro hac vice*
   Email: christine.kain@faegrebd.com
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600

Attorneys for Defendant IA NUTRITION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARTIN MEE and JUNIOR HERMIDA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>     v.<br><br>IA NUTRITION, INC., a Connecticut corporation,<br><br>  Defendant. | Case No. 14-CV-05006-MMC<br><br>**NOTICE OF SETTLEMENT**<br><br>AND ORDER THEREON |

Counsel for Defendant IA Nutrition, Inc. notifies the Court that the parties have reached a settlement in principle in the above-captioned matter. The parties are in the process of finalizing written settlement documents and will file a Joint Stipulation of Dismissal within thirty (30) days. Defendant therefore requests that the Court vacate all dates currently set on the calendar for the present matter.

DATED: February 23, 2016         LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Heidi Adams*
Barry G. Kaiman
Pamela M. Ferguson
Heidi Adams

-and-

FAEGRE BAKER DANIELS LLP

*/s/ Richard J. Wegener*
Richard J. Wegener, admitted *pro hac vice*
Christine R. M. Kain, admitted *pro hac vice*

*Counsel for Defendant IA Nutrition, Inc.*

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.**

DATED:  February 23, 2016          */s/ Heidi Adams*
                                    Heidi Adams

IT IS SO ORDERED, with the exception that the August 26, 2016, Further Case Management Conference and the August 19, 2016, deadline to file a Joint Case Management Statement remain as scheduled pending the filing of the above-referenced dismissal

Dated: June 24, 2016                    _____
                                         United States District Judge