Tina Wolfson, SBN 174806
*twolfson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiffs,
MARTIN MEE and JUNIOR HERMIDA

[Additional counsel on signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**San Francisco Division**

| | |
|---|---|
| MARTIN MEE and JUNIOR HERMIDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>I A NUTRITION, INC., a Connecticut corporation,<br><br>Defendant. | Case No.  3:14-cv-05006-MMC<br><br>**STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Hon. Maxine M. Chesney, Presiding |

1 An amicable settlement of all matters and things in dispute between the parties having been made, it is hereby STIPULATED AND AGREED by and between the parties listed above, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case may be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

Dated: June 29, 2016

Tina Wolfson
1016 Palm Avenue
West Hollywood, CA 90069
Tel: (310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

Nick Suciu III (*Pro Hac Vice*)
**BARBAT, MANSOUR & SUCIU PLLC**
434 West Alexandrine #101
Detroit, MI 48201
Tel: (313) 303-3472
Email: nicksuciu@bmslawyers.com

Jonathan Shub
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700
Fax: (215) 238-1968
Email: jshub@kohnswift.com

Jordan L. Chaikin (*Pro Hac Vice*)
**CHAIKIN LAW FIRM PLLC**
12800 University Drive, Suite 600
Fort Myers, FL 33907
Tel: (239) 470-8338
Fax: (239) 433-6836
Email: jordan@chaikinlawfirm.com

Counsel for Plaintiffs,
Martin Mee and Junior Hermida

Case 3:14-cv-05006-MMC   Document 63   Filed 07/20/16   Page 3 of 3

FAEGRE BAKER DANIELS

Dated: July 19, 2016

*[signature: Christine R.M. Kain]*

Richard J. Wegener  (*Pro Hac Vice*)
Christine R.M. Kain  (*Pro Hac Vice*)
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Tel: 612-766-7000
Fax: 612-766-1600
Email: richard.wegener@faegrebd.com
christine.kain@faegrebd.com

Barry Gordon Kaiman
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Tel: 213-250-1800
Fax: 213-250-7900
Email: barry.kaiman@lewisbrisbois.com

Heidi Adams
Pamela M. Ferguson
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
333 Bush Street, Suite 1100
San Francisco, CA 94104
Tel: 415-362-2580
Email: heidi.adams@lewisbrisbois.com
pamela.ferguson@lewisbrisbois.com

Counsel for Defendant,
I A Nutrition, Inc.

## [~~PROPOSED~~] ORDER

The parties having stipulated and agreed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**SO ORDERED.**

Dated: July 20, 2016

*[signature]*
Hon. Maxine M. Chesney
United States District Judge